# United States District Court

_____ DISTRICT OF _____

Jack Schulman, Individually and On
Behalf Of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 04-30043-MAP

Wave Systems Corp., Steven Sprague, and
Gerard T. Feeney

TO: (Name and address of defendant)

Wave Systems Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan E. Stenger
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
**CLERK**

/s/ Mary Finn
(BY) DEPUTY CLERK

February 23 2004
**DATE**

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹ | DATE



**Berkshire County Sheriff's Office • Judicial Process Division**
467 Cheshire Rd. • Pittsfield, MA 01201 • (413) 443-6841

3/8/2004

I hereby certify and return that on 3/8/2004 at 12:05PM I served a true and attested copy of the Summons & Complaint, Civil Action Cover Sheet and cover letter in this action in the following manner: To wit, by delivering in hand to Linda Sambel, Asst. to President, for Wave Systems Corp. at 480 Pleasant Street, Lee, MA 01238. Attestation ($5.00), Conveyance ($3.30), Copies ($1.00), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($20.48) Total Charges $60.78

Deputy Sheriff, Carl M. Seiger

_Deputy Sheriff_

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                    Signature of Server

                                                            _____
                                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.