# United States District Court

_____ DISTRICT OF _____

Jack Schulman, Individually and On
Behalf Of All Others Similarly Situated,

V.

Wave Systems Corp., Steven Sprague, and
Gerard T. Feeney

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30043-MAP

TO: (Name and address of defendant)

*Gerard T. Feeney*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan E. Stenger
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

**CLERK**

*(signature)*

**(BY) DEPUTY CLERK**

*February 23, 2004*

**DATE**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

Check one box below to indicate appropriate method of service

- [ ] Served personally upon the defendant. Place where served:

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [X] Other (specify): I hereby accept service on behalf of the defendant Gerard T. Feeney.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/04
Date

Signature of Server

Bingham McCutchen LLP
150 Federal Street, Boston MA 02110
Address of Server

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.